IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02207-RPM

AMERICAN MOISTURE CONTROL, INC.,

        Plaintiff,

v.

BLACKMON-MOORING STEAMATIC CATASTROPHE, INC.,

        Defendant.

## ORDER EXTENDING DEADLINES

        Pursuant to the Third Stipulated Motion to Modify Scheduling Order, filed August 25, 2005, it is

        ORDERED that Third Stipulated Motion to Modify Scheduling Order, filed August 25, 2005 is granted and the Scheduling Order is modified as follows:

        1. Discovery cut-off date is extended to and including December 15, 2005:

        2. Dispositive motions shall be filed by February 15, 2006: and

        3. Defendant's rebuttal expert disclosures shall be due forty-five (45) days from the date that plaintiff supplements its prior interrogatory answers to

disclose the amount of damages it seeks and the method of calculation of such.

Dated: August 31, 2005

                                                BY THE COURT:

                                                s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge