Case 1:04-cv-02207-RPM Document 56-2 Filed 12/06/2005 Page 1 of 1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02207-RPM

AMERICAN MOISTURE CONTROL, INC.

    Plaintiff,

v.

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, CO

DEC 7 2005

GREG___

---

## ORDER GRANTING FOURTH STIPULATED MOTION TO MODIFY SCHEDULING ORDER

---

The parties' Fourth Stipulated Motion to Modify Scheduling Order is granted and the Scheduling Order is modified as follows:

1. April 17, 2006 – discovery cut-off;

2. May 15, 2006 – deadline to file motions for summary judgment;

3. Plaintiff's affirmative expert disclosures – none; Plaintiff's principal to testify pursuant to FRE 701;

4. Defendant's expert disclosures regarding damages – shall be due March 2, 2006 (with Plaintiff to make its Rule 30(b)(6) designee available for deposition prior to January 31, 2006) and Defendant shall provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

Dated: December 7, 2005

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

CH1 10990715.1