IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action no. 04-M-2207

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2006

GREGORY C. ...

AMERICAN MOISTURE CONTROL, INC.

Plaintiff,

v.

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.,

Defendant.

---

### ORDER GRANTING FIFTH STIPULATED MOTION TO MODIFY SCHEDULING ORDER

---

The parties' Fifth Stipulated Motion to Modify Scheduling Order is granted and the Scheduling Order is modified as follows:

1. June 12, 2006 – discovery cut-off;

2. July 17, 2006 – deadline to file motions for summary judgment;

3. Defendant's expert disclosures regarding damages – April 10, 2006 (provided the deposition of Patrick Dowling and Plaintiff's Rule 30(b)(6) designee commence on March 7, 2006) and Defendant shall provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

Dated February 27 2006.

BY THE COURT:

*[signature]*

Richard P. Matsch, Senior District Judge