# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action no. 04-cv-02207-RPM

AMERICAN MOISTURE CONTROL, INC.

    Plaintiff,

v.

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.,

    Defendant.

_____

## ORDER GRANTING SIXTH STIPULATED MOTION
## TO MODIFY SCHEDULING ORDER
_____

The parties' Sixth Stipulated Motion to Modify Scheduling Order is granted and the Scheduling Order is modified as follows:

Defendant's expert disclosures regarding damages – the April 10, 2006 disclosure date is vacated. The parties will stipulate to a mutually agreeable date for Defendant's expert disclosures regarding damages in the event that no settlement is reached, to be submitted for the Court's approval.

Dated: April  6th , 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge