**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02207-RPM

AMERICAN MOISTURE CONTROL, INC.

    Plaintiff,

v.

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Motion to Withdraw Appearance of Ann H. Cisneros, due notice having been given, and the Court being fully advised in the premises.

IT IS HEREBY ORDERED:

The motion is granted.  Ms. Cisneros is given leave to withdraw as counsel in the captioned matter.

Dated:  April 7th, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge

Doc# 2130943\1