IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02207-RPM

AMERICAN MOISTURE CONTROL, INC.,

       Plaintiff,

v.

BLACKMON-MOORING STEAMATIC CATASTROPHE, INC.,

       Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal (Doc. #68), filed on April 18, 2006, it is

ORDERED that all claims are dismissed with prejudice, each party to bear its own costs and fees.

Dated: April 19, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge